of Appeals for the Second Circuit denied. *Mr. Homer L. Loomis* for petitioner. *Messrs. D. Roger Englar* and *Arthur W. Clement* for respondent.

No. 243. FREEMAN *v.* HOPKINS. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James Henry Longden* for petitioner. No appearance for respondent.

No. 244. MAHIN *v.* POSITYPE CORP'N. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Caruthers Ewing* for petitioner. *Mr. R. Randolph Hicks* for respondent.

No. 246. HOWARD ET AL. *v.* WEISSMAN ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Robert N. Golding* and *Weymouth Kirkland* for petitioners. *Mr. Frank C. Dailey* for respondents.

No. 249. LONSDALE *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Robert A. Littleton* for petitioner. *Solicitor General Hughes* and *Messrs. Claude R. Branch* and *Sewall Key* for respondent.

No. 251. ROCKWOOD CORPORATION *v.* BRICKLAYER'S LOCAL UNION No. 1 ET AL. October 21, 1929. Petition